IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NELSON MAJIN CAMPOS JACINTO,

    Petitioner,

v.                                                                                          No. 26-cv-0614-KWR-KK

WARDEN CASTRO, *et al*,

    Respondents,

## ORDER TO ANSWER

    This matter is before the Court on the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) (Petition). Also before the Court is Petitioner's Motion for Temporary Restraining Order (Doc. 2) (TRO Motion). Petitioner is detained at the Otero County Processing Center and is proceeding *pro se*. He alleges he has been in the United States since 2023 and has not received a bond hearing.

    Having reviewed the record, the Court finds the alleged facts raise a colorable claim for relief. *See Santos Ramirez v. Flores, et al,* 25-cv-1008 KWR-JMR (concluding petitioner was detained pursuant to 8 U.S.C. § 1226, rather than 8 U.S.C. § 1225, and ordering Respondents to provide a bond hearing). The Clerk's Office has electronically served the Petition on Respondents via CM/ECF. *See* Doc. 4. The United States Attorney's Office (USAO) shall answer the Petition and the TRO Motion within twenty-one (21) days of entry of this Order. If the USAO declines to timely respond and address the specific issues identified in the Petition, the Court may enter a separate order granting appropriate relief.

    **IT IS ORDERED** that the USAO shall **ANSWER** the Petition and TRO Motion within twenty-one (21) days of entry of this Order.

**SO ORDERED**.

\_\_\_\_\_/S/_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE